UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CHARTER OAK FIRE INSURANCE COMPANY :
TRAVELERS PROPERTY CASUALTY :
COMPANY OF AMERICA, and ST. PAUL FIRE :
& MARINE INSURANCE COMPANY :
    :
      Plaintiffs, : Civil Action No. 09-4881 (DRH) (ARL)
    :
  -against- :
    :
SETTON INTERNATIONAL FOODS, INC., :
SETTON PISTACHIO COMPANY OF TERRA :
BELLA, INC., GREAT NORTHERN :
INSURANCE COMPANY and :
FEDERAL INSURANCE COMPANY :
    :
      Defendants. :
---------------------------------------------------------------X

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Defendants Great Northern Insurance Company and Federal Insurance Company.


Date: December 2, 2009                                   COZEN O'CONNOR

                                                             BY:   /s/ William P. Shelley
                                                                     WILLIAM P. SHELLEY
                                                                     Attorney # 2288397
                                                                     16th Floor, 45 Broadway
                                                                     New York, NY 10006
                                                                     wshelley@cozen.com
                                                                     T: (212) 509-9400
                                                                     F: (212) 509-9492