UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and St. Paul Fire & Marine Insurance Company, | : : : : : | Case No. 2:09-CV-4881-DRH-ARL |
| Plaintiffs, | : : : | **NOTICE OF MOTION** |
| v. | : : : | |
| Setton International Foods, Inc.; Setton Pistachio Company of Terra Bella, Inc.; Great Northern Insurance Company; and Federal Insurance Company, | : : : : : : | **ORAL ARGUMENT REQUESTED** |
| Defendants. | : : | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the exhibits thereto, and all prior pleadings and proceedings herein, Defendants Setton International Foods, Inc., and Setton Pistachio Company of Terra Bella, Inc., by its undersigned counsel, will respectfully move this Court, before the Hon. Denis R. Hurley, at the United States District Courthouse, 100 Federal Plaza, Central Islip, New York 11722, as soon as counsel may be heard, for an Order staying or transferring the complaint in the above-captioned action pursuant to applicable state and federal law.

Respectfully submitted,


COVINGTON & BURLING LLP

By: s/ P. Benjamin Duke
        P. Benjamin Duke

The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
(212) 841-1000
pbduke@cov.com

John G. Buchanan
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-6000
jbuchanan@cov.com

*Attorneys for Defendants Setton International Foods, Inc., and Setton Pistachio Company of Terra Bella, Inc.*

Dated:  May 7, 2010

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2010, I served by electronic mail and overnight delivery the foregoing on the following counsel of record at their last known addresses:

Mark S. Gamell
Roger A. Goodnough
Torre, Lentz, Gamell, Gary & Rittmaster LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753-2702
mgamell@tlggr.com
rgoodnough@tlggr.com

Kevin J. O'Connor
Adam J. Combies
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA  02110
koconnor@hermesnetburn.com
acombies@hermesnetburn.com

*Attorneys for Plaintiffs Charter Oak Fire Insurance Company,*
*Travelers Property Casualty Company of America, and*
*St. Paul Fire & Marine Insurance Company*


William P. Shelley
Cozen and O'Connor
45 Broadway Atrium, 16th Floor
New Yrok, NY 10006
wshelley@cozen.com

*Attorney for Defendants Great Northern Insurance Company*
*and Federal Insurance Company*

Shannon A. Lang
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
(202) 662-5511 phone
(202) 778-5511 fax
slang@cov.com

Dated: Washington, DC
       May 7, 2010