UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
                                             :

Charter Oak Fire Insurance Company, Travelers   :
Property Casualty Company of America, and St.    :
Paul Fire & Marine Insurance Company,            :   09 Civ. 4881 (DRH) (ARL)
                                             :
                    Plaintiffs,               :   **STIPULATION OF**
                                             :   **DISMISSAL**
  vs.                                                :

Setton's International Foods, Inc., Setton Pistachio   :
Company of Terra Bella, Inc., Great Northern        :
Insurance Company, and Federal Insurance          :   **Original Filed by ECF**
Company,                                               :   **Document No.** ___
                                             :
                  Defendants.             :
                                             :
---------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

      (1) All claims asserted by and among Plaintiffs Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and St. Paul Fire & Marine Insurance Company, and Defendants Setton's International Foods, Inc. and Setton Pistachio Company of Terra Bella, Inc., are hereby dismissed with prejudice, with each party to bear its own fees and costs; and

      (2) All claims asserted by and among Plaintiffs Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and St. Paul Fire & Marine Insurance Company, and Defendants Great Northern Insurance Company and Federal Insurance Company are hereby dismissed without prejudice, with each party to bear its own fees and costs.

Dated: December 23, 2010

_____
Kevin J. O'Connor
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
265 Franklin Street
7th Floor
Boston, MA 02210
Tel: (617) 728-0050
koconnor@hermesnetburn.com

Mark Steven ~~Gammell~~ Gamell  *MG*
Roger A. Goodnough
TORRE, LENTZ, ~~GAMMELL~~ GAMELL, GARY &  *MG*
RITTMASTER, LLP
100 Jericho Quadrangle
Suite 309
Jericho, NY 11753
Tel: (516) 240-8900
Fax: (516) 240-8950
~~MGammell@tlggr.com~~  mgamell@tlggr.com  *MG*

*Attorneys for Plaintiffs Charter Oak Fire
Insurance Company, Travelers Property
Casualty Company of America, and St.
Paul Fire & Marine Insurance Company*

---

| | |
|---|---|
| P. Benjamin Duke | William P. Shelley |
| COVINGTON & BURLING LLP | COZEN AND O'CONNOR |
| The New York Times Building | 45 Broadway Atrium |
| 620 Eighth Avenue | 16th Floor |
| New York, NY 10018 | New York, NY 10006 |
| Tel: (212) 841-1000 | Tel: (212) 509-9400 |
| Fax: (212) 841-1010 | Fax: (212) 509-9492 |
| pbduke@cov.com | wshelley@cozen.com |
| | |
| *Attorneys for Defendants Setton International Foods, Inc. and Setton Pistachio Company of Terra Bella, Inc.* | *Attorneys for Defendants Great Northern Insurance Company and Federal Insurance Company* |

Dated: December 23, 2010

Kevin J. O'Connor
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
265 Franklin Street
7th Floor
Boston, MA 02210
Tel: (617) 728-0050
koconnor@hermesnetburn.com

Mark Steven Gammell
Roger A. Goodnough
TORRE, LENTZ, GAMMELL, GARY &
RITTMASTER, LLP
100 Jericho Quadrangle
Suite 309
Jericho, NY 11753
Tel: (516) 240-8900
Fax: (516) 240-8950
MGammell@tlggr.com

*Attorneys for Plaintiffs Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and St. Paul Fire & Marine Insurance Company*


    s\ P. Benjamin Duke
P. Benjamin Duke
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1000
Fax: (212) 841-1010
pbduke@cov.com

*Attorneys for Defendants Setton International Foods, Inc. and Setton Pistachio Company of Terra Bella, Inc.*

William P. Shelley
COZEN O'CONNOR
45 Broadway Atrium
16th Floor
New York, NY 10006
Tel: (212) 509-9400
Fax: (212) 509-9492
wshelley@cozen.com

*Attorneys for Defendants Great Northern Insurance Company and Federal Insurance Company*

Dated: December 23, 2010

---

Kevin J. O'Connor
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
265 Franklin Street
7th Floor
Boston, MA 02210
Tel: (617) 728-0050
koconnor@hermesnetburn.com

Mark Steven Gammell
Roger A. Goodnough
TORRE, LENTZ, GAMMELL, GARY &
RITTMASTER, LLP
100 Jericho Quadrangle
Suite 309
Jericho, NY 11753
Tel: (516) 240-8900
Fax: (516) 240-8950
MGammell@tlggr.com

*Attorneys for Plaintiffs Charter Oak Fire Insurance Company, Travelers Property Casualty Company of America, and St. Paul Fire & Marine Insurance Company*

---

P. Benjamin Duke
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1000
Fax: (212) 841-1010
pbduke@cov.com

*Attorneys for Defendants Setton International Foods, Inc. and Setton Pistachio Company of Terra Bella, Inc.*

/s/ W. P. Shelley

William P. Shelley
COZEN O'CONNOR
45 Broadway Atrium
16th Floor
New York, NY 10006
Tel: (212) 509-9400
Fax: (212) 509-9492
wshelley@cozen.com

*Attorneys for Defendants Great Northern Insurance Company and Federal Insurance Company*